No Case No. Must
be supplied by fed

State Case 13-CF-1074
goes to <mark>Eastern</mark>
Dist. 2254

Habeas Petition
Chong Lee #439266
NWCH K-19

e file

part I   pg 1-96   (96 pgs)

part II   pg 97-   (81 pgs)