UNITED STATES DISTRICT COURT
EASTERN DISTRIC OF WISCONSIN

CHONG LENG LEE:

       Petitioner,

    v.                       Case No. _____

RANDALL HEPP,

       Respondent.

## MOTION TO PROCEED INFORMA PAUPERIS

Lee states that the following is true and correct under the penalty of perjury.

Lee is seeking a petition for a writ of Habeas Corpus pursuant to 28 U.S.C. 2254 and is indigent at this time and cannot pay the filing fee. He ask that this court waive that fee or deduct it from his inmate trust account in particular his release account where he does have sufficient funds to pay this fee.

Lee has not have three strikes.

Lee has enclosed the past six (6) months of his inmate account statements along with this motion.

Dated this 25th day of May, 2022.

Signed by:

CHONG LENG LEE #439266
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963