# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

May 25, 2022

Chong L Lee
439266
Waupun Correctional Institution
PO Box 351
Waupun, WI 53963-0351

    Re:    **Lee v Hepp**
              **Case No. 22-CV-620**

Dear Mr. Lee:

This case has been assigned to U.S. Magistrate Judge William E. Duffin. Enclosed please find a form regarding magistrate judge jurisdiction for your consideration. This form must be returned to the Court within 21 days of the date of this letter. All forms must be submitted through the Prisoner E-Filing Program.

The court will communicate with you through the mail. If your mailing address changes while this case is pending, you must immediately notify the court. Failure to do so may result in the dismissal of your case without further notice.

Very truly yours,

GINA M. COLLETTI
CLERK OF COURT

s/ C. Bongel
Deputy Clerk