IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

## ACCEPTANCE OF SERVICE

Re: *Chong Leng Lee v. Randall Hepp*
Case No. 22-CV-620

**SERVICE DATE:**         **6/8/22**

Pursuant to an informal service agreement between the Attorney General and the court, the Department of Justice accepts service on behalf of the Warden for the Waupun Correctional Institution.

A copy of the petition and order have been e-mailed to the Litigation Coordinators for the Warden at the Waupun Correctional Institution.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Winn S. Collins
WINN S. COLLINS
Assistant Attorney General
State Bar #1037828

Attorneys for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-6203
(608) 294-2907 (Fax)
collinsws@doj.state.wi.us