IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CHONG L. LEE,
       Petitioner,

v.                                        Case No. 22-cv-620

RANDALL HEPP,
       Respondent.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John W. Kellis appears on behalf of the respondent in the above-entitled action. Therefore, as counsel of record, please forward all papers, briefs and orders to my attention at the address indicated below.

Dated at Madison, Wisconsin, this 9th day of June 2022.

                                                             JOSHUA L. KAUL
                                                             Attorney General of Wisconsin

                                                             <u>s/ John W. Kellis</u>
                                                             JOHN W. KELLIS
                                                             Assistant Attorney General
                                                             State Bar #1083400

                                                             Attorneys for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7081
(608) 294-2907 (Fax)
kellisjw@doj.state.wi.us