IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**CERTIFICATE OF SERVICE**

Re: *Chong L. Lee v. Randall Hepp*
    Case No. 22-cv-620

I hereby certify that on June 9, 2022, the **Notice of Appearance** was electronically filed with the Clerk of the Court, on behalf of the respondent, using the ECF system. A copy has been sent by mail to the following non-participating ECF party:

>Chong L. Lee, #439266
>Waupun Correctional Institution
>P.O. Box 351
>Waupun, WI 53963-0351

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ John W. Kellis
JOHN W. KELLIS
Assistant Attorney General
State Bar #1083400

Attorneys for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7081
(608) 294-2907 (Fax)
kellisjw@doj.state.wi.us