| ICCR204<br>Wisconsin Department of Corrections<br>Bureau of Classification and Movement | INMATE CLASSIFICATION REPORT<br>Re-Classification | | PAGE 4 |
|---|---|---|---|
| **Name**<br>LEE, CHONG | **DOC #**<br>439266 | **Hearing Date**<br>06/07/2022 | |

Date: 04/29/2022 --- Time: 02:04:24 PM --- User: K. Smits CSW.WCI

### SEX OFFENDER

| Date | Event<br>Not Applicable | Result | SBN |
|---|---|---|---|

### ADJUSTMENT

| County Jail | | | |
|---|---|---|---|

| Previous DOC | Minors<br>3 | Majors<br>0 | SPN<br>Yes |
|---|---|---|---|

**Adjustment Comments**
Lee has received two minor conduct reports since admission, noting no major conduct reports being received. The last minor was on 2.16.22 for disrespect and disobeying orders in which he received 15 CC.

Date: 04/29/2022 --- Time: 02:04:57 PM --- User: K. Smits CSW.WCI

### HEALTH CLASSIFICATION

| Mental Health Class | PSU Level of Service | Activity Level | Onsite HSU | Dental Class | County Jail |
|---|---|---|---|---|---|
| MH-1 - Mental Health Need | None | Light Activity | Unknown | 20 Routine or Chronic Dental Needs | Incomplete |

### PROGRAM INFORMATION

| HS Degree | READING | MATH | VOC Lev | EMPL Score | AODA Score |
|---|---|---|---|---|---|
| Yes - Self-Report | 4 | 4 | No | | |

| Category | Type | Priority | Status | Sub-Status | Date |
|---|---|---|---|---|---|
| Cognitive Intervention (Primary) | Thinking For a Change (T4C) | High | Terminated - No Fault | Program Discontinued | 01/21/2018 |
| Sex Offender Treatment (Primary) | Unassigned | High | Terminated - No Fault | Program Discontinued | 01/21/2018 |
| Anger Management (Primary) | Anger Management | High | Terminated - No Fault | Program Discontinued | 01/21/2018 |
| Vocational (Optional) | Unassigned | High | Wait List | | 06/25/2016 |
| Special Programs | ERP - Earned Release Program | Low | Not Legally Eligible | Excluded Offense<br>JOC Denies<br>No AODA | 06/05/2019 |
| Special Programs | CIP - Challenge Incarceration Progra | Low | Not Legally Eligible | Excluded Offense<br>JOC Denies<br>No AODA | 06/05/2019 |
| Anger Management | Unassigned | High | Wait List | | 01/21/2018 |
| Cognitive-Behavioral Program (CBP) | Unassigned | High | Wait List | | 01/21/2018 |
| Sex Offender Treatment (SOT) | Unassigned | High | Terminated - No Fault | | 01/21/2018 |

**Program Comments**

Exhibit 1

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| | | |
|---|---|---|
| OFFENDER NAME / NOMBRE DEL/LA OFENSOR(A): Chong Lee | DOC NUMBER / NUMERO DEL/LA OFENSOR(A): 439260 | LIVING UNIT / UNIDAD DE VIVIENDA: NWCH J-47 |
| DATE / FECHA: 2-3-22 | WORK ASSIGNMENT / ASIGNACION DE TRABAJO: IN-UNASSIGNED | |

☐ Interview *Entrevista*  ☐ Information *Informacion*

**STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED**  
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

I need case number 21-CV-37, 21-1309, and most of my paperwork dealing with my appeal on case number 13-CF-1074 due to deadlines on them. You have them in my property and I need them so I can meet my deadline dates. This is a NOTICE TO YOU of having legal deadlines and you intentionally keeping me from meeting them. I have no property at all to even let the court know of this predictament.

---

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*  
**DISPOSITION OF REQUEST** *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed / *Usted sera entrevistado*  
☐ Information to Follow / *Informacion Sera Proveida*  
☐ Request Referred To: / *Solicitud Refereida A:*

Date / Fecha: 2-4-22    Time / Hora:

Information/Comment:  
*Informacion/Comentario:* PROPERTY IS PROCESSED IN THE ORDER IT IS RECEIVED. WHEN IT IS DONE, YOU WILL GET IT.

Exhibit 2-1

Signed *Firmado*    Department *Departamento*

TO:
A: Chong Lee

NUMBER:
NUMERO: 439266

UNIT:
UNIDAD de VIVIENDA: NWCH J-47

DATE:
FECHA: 2-3-22

FOLD DOBLE

DESCARGO DE RESPONSABILIDAD (Disclaimer)

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

FOLD DOBLE

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

WISCONSIN

# INTERVIEW/INFORMATION REQUEST
## SOLICITUD POR INFORMACION/ENTREVISTA

TO:
A: Propert CO

DEPARTMENT:
DEPARTAMENTO: Property

DATE:
FECHA: 2-3-22

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-401 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE REPORT
# COMPLAINT NUMBER WCI-2022-2798
# *** ICRS CONFIDENTIAL ***

**To:** LEE, CHONG - #439266
UNIT: NW-_K -- _K19-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:**

| | | | |
|---|---|---|---|
| Date Complaint Acknowledged: | 02/14/2022 | Inmate Contacted? | No |
| Date Complaint Received: | 02/14/2022 | | |

Subject of Complaint: 7 - Personal Property

Document(s) Relied Upon: DOC 310
property slips
receipts

Brief Summary: Claims property is missing after his TLU

Summary of Facts: TM  Inmate complains that property was missing after his TLU and that the publications that are listed as not his are his.

According to the TLU packing slip the inmate did not have his footlocker locked. The WCI Rules & Information Handbook states, in relevant part, "Footlockers must be placed under the bed (or bottom bunk). You are responsible for securing your personal property in your footlocker, using your state-issued padlock. Your padlock must be on your footlocker in the locked position at all times." Page 17 of the Handbook states, "Upon your transfer to WCI, you are issued a handbook, a problem-solving guide, and a padlock. You are responsible for all these items. Should any of them be damaged, you will be held responsible for replacement costs. You should keep all valuable items in your footlocker. The institution will not be held responsible for items not properly secured (i.e., utilizing the padlock and locking the hasp with it) in your footlocker." Inmate Lee did not have the property he claims is missing secured in his footlocker, contrary to institution rules. I have no evidence that conclusively shows that the missing items were in the inmate's room when he was removed and his property packed. Inmates are responsible to keep property secured. This did not occur. The items in question could have been lost, stolen, given away, sold, or otherwise disposed of while in the inmate's possession. DOC 309.20 governs personal property and, in relevant part, states "(3)(g) Loss or damage to property caused by another inmate is not the responsibility of the institution."

As for the publications without his name or number, the WCI handbook and policy requires the inmate to place his name and number in his publications. He did not do so. The inmate supplied this office with a receipt for a couple of the publications. He will need to supply the Property Department with the receipts

Exhibit 2-2

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-401 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE REPORT
# COMPLAINT NUMBER WCI-2022-2798
# * * * ICRS CONFIDENTIAL * * *

he has for his publications. Once he verifies with them that they are his then he will be responsible to put his name and number in them. If they are taken in the future and he does not have his name and number in them he will not be given the same opportunity. The publications he does not have receipts for will need to be disposed of. Recommendation is for dismissal with the above modification.

Dismissal of the complaint is recommended based upon the above information.

ICE Recommendation: Dismissed

Recommendation Date: 03/01/2022

*[signature]*

T. Moon - Institution Complaint Examiner

# HEALTH SERVICE REQUEST AND COPAYMENT DISBURSEMENT AUTHORIZATION

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**WISCONSIN**
Adm. Code
Ch. DOC 316

→ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ←

PRINT LAST NAME: Lee
PRINT FIRST NAME: Chong
DOC NUMBER: 439266
FACILITY NAME: WAUPUN
HOUSING UNIT: NWCH K-8
TODAY'S DATE: 1-9-22

## COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE: [signed]

### TO BE COMPLETED BY HSU ONLY
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes  ☐ No
AUTHORIZED STAFF SIGNATURE:
DATE OF SERVICE:

## TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

It has been two months and I am still coughing, vomiting and diarrhea a lot. My stomach is cramped. It feels like my chest is stomped on by a thousand horses making it hard to breathe and my bottom is sore so is my throat.

DATE RECEIVED: TO BE STAMPED BY HSU

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):
☒ Scheduled to be seen in HSU: ☐ ACP ☒ RN/LPN ☐ Special Needs Evaluation ☐ Optical
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other
☐ Refer for copies only                                   ☐ Refer for He...
☐ Educational material attached (Specify):                ☐ Other:

Exhibit 3-1

COMMENTS / INFORMATION:
You are being seen every day. Also you have an upcoming provider appointment.

PRINT STAFF NAME: Ann York RN
DATE OF HSU RESPONSE: 1/11/22

DISTRIBUTION: Original – Interfile Paper Record or PR Medical Requested on Official Record – Business Office File, copies – Inmate Patient

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-401 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE REPORT
## COMPLAINT NUMBER WCI-2022-198
### * * * ICRS CONFIDENTIAL * * *

**To:** LEE, CHONG - #439266
UNIT: NW-_J -- _J47-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 01/04/2022 |
| Date Complaint Received: | 01/04/2022 |
| Subject of Complaint: | 4 - Medical |
| Document(s) Relied Upon: | DOC 310<br>HSU record |
| Brief Summary: | Complains HSU is doing nothing for his Covid |
| Inmate Contacted? | No |

Summary of Facts:

TM Complains that HSU is only the doing the minimal such as taking vital signs for his Covid

HSM Weinman was contacted and the inmate was quarantined on 12/29/21 and "Saw provider 1-20-22. New orders received. He was seen frequently by nursing during covid infection. No medicine available to make covid stop at this time either at WCI or in the public."

The ICE brings no particular expertise to the task of evaluating any diagnosis and course of treatment initiated by medical professionals. No determination can be made with respect to the claims in the complaint, as it is arguably beyond my authority. It does not appear his health care concerns are being ignored. Through the ICRS process, the matter will be reviewed by the Health Services Nursing Coordinator.

ICE Recommendation: Dismissed

Recommendation Date: 02/03/2022

*[signature]*

Exhibit 3-2

T. Moon - Institution Complaint Examiner