

OFFICE OF THE CLERK
# Supreme Court of Wisconsin
110 EAST MAIN STREET, SUITE 215
P.O. BOX 1688
MADISON, WI 53701-1688

TELEPHONE (608) 266-1880
FACSIMILE (608) 267-0640
Web Site: www.wicourts.gov

July 15, 2020

To:

Hon. Gregory B. Gill Jr.
Circuit Court Judge
320 S. Walnut St.
Appleton, WI 54911

Barb Bocik
Clerk of Circuit Court
Outagamie County Courthouse
320 S. Walnut St.
Appleton, WI 54911

Ana Lyn Babcock
Babcock Law, LLC
P.O. Box 22441
Green Bay, WI 54305

Scott E. Rosenow
Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857

Melinda J. Tempelis
District Attorney
320 S. Walnut Street
Appleton, WI 54911-5918

You are hereby notified that the Court has entered the following order:

No. 2018AP1741-CR    State v. Lee    L.C. #2013CF1074

A petition for review pursuant to Wis. Stat. § 808.10 having been filed on behalf of defendant-appellant-petitioner, Chong Leng Lee, and considered by this court;

IT IS ORDERED that the petition for review is denied, without costs.

DANIEL KELLY, J., did not participate.

Sheila T. Reiff
Clerk of Supreme Court