# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

May 24, 2021

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Scott Edwin Rosenow
Wisconsin Department of Justice
17 West Main Street, P.O. Box 7857
Madison, WI 53707

Re: Chong Leng Lee
v. Wisconsin
No. 20-6890

Dear Mr. Rosenow:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris* (signature)

Scott S. Harris, Clerk