IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**CERTIFICATE OF SERVICE**

Re: *Chong L. Lee v. Randall Hepp*
Case No. 22-cv-620

I hereby certify that on August 2, 2022, the **Response Opposing Petitioner's Motion for Stay and Abeyance** and **Exhibits 1 - 4** were electronically filed with the Clerk of the Court, on behalf of the respondent, using the ECF system. A copy has been sent by mail to the following non-participating ECF party:

>Chong L. Lee, #439266
>Waupun Correctional Institution
>P.O. Box 351
>Waupun, WI 53963-0351

>Respectfully submitted,
>
>JOSHUA L. KAUL
>Attorney General of Wisconsin
>
>s/ John W. Kellis
>JOHN W. KELLIS
>Assistant Attorney General
>State Bar #1083400
>
>Attorneys for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7081
(608) 294-2907 (Fax)
kellisjw@doj.state.wi.us