DOC-1024H (10/2006)
**DIVISION OF ADULT INSTITUTIONS FACILITY PROCEDURE**

| Facility: Waupun Correctional Institution | | |
|---|---|---|
| New Effective Date: 1/1/2011 | Facility Procedure #: 900.816.09 | Page 2 of 4 |
| Chapter: 900 Education | | |
| Subject: Library Pass/Detail Procedure | | |

D. Each library pass request must state clearly the day(s) of the week and the time(s) requested. Days and times requested must not conflict with any regularly scheduled passes or work hours.

E. The times eligible to request to come on daytime passes are determined by each inmate's housing location and, in some cases, status.
   1. North side inmates (NCH and NWCH) may request only morning library passes, beginning at 7:30, 8:30, or 9:30 a.m.
   2. NCH inmates who are IN-Transition status may request only the 7:30 a.m. period.
   3. South side inmates (SCH and SWCH) may request only afternoon library passes, beginning at 12:30, 1:30, or 2:30 p.m.
   4. South side inmates who work in Industries and are not in pay status are given priority for the 2:30 p.m. period.
   5. BHU inmates may request only afternoon library passes, beginning at 12:30 or 1:30 p.m.

F. Court deadline priority passes will be scheduled for inmates who are within forty-five (45) days of a verified court deadline and for whom priority access to the library is necessary for the completion of the deadline.
   1. Double periods may be requested by those on a verified court deadline if the extra time is needed.
   2. Double periods and priority access may not begin earlier than forty-five (45) days prior to the court deadline.
   3. Court deadlines for which lesser priority will be granted include, but are not limited to, filings of notices of appeal, statements on transcripts, petitions/affidavits of indigency, state petitions for extraordinary writs, and family law actions to which the inmate is only indirectly a party, and discovery.
      a. Inmates with a verified lesser court deadline priority may only request up to three (3) priority passes per week.
      b. Inmates with a verified lesser court deadline priority will be scheduled for single period priority passes and may be granted a double period only as space allows.
   4. Any inmate with a qualifying court deadline must identify this on his initial pass request by including the deadline date, the case number, and the court name, and should enclose verification of his deadline (court order, letter, or rule) with the request. Verification must be completed no later than on his first visit.

Ex - A

DOC-1024H (10/2006)
## DIVISION OF ADULT INSTITUTIONS FACILITY PROCEDURE

| Facility: Waupun Correctional Institution | | |
|---|---|---|
| New Effective Date: 1/1/2011 | Facility Procedure #: 900.816.09 | Page 3 of 4 |
| Chapter: 900 Education | | |
| Subject: Library Pass/Detail Procedure | | |



5. Court deadline pass time must be used in its entirety for working solely on one's own court deadline, except that the last five (5) minutes of the pass may be used for other library purposes.
6. For the duration of the court deadline, subsequent weekly pass requests should state "Court Deadline" on them if priority scheduling is desired.
7. Inmates must notify library staff when they have completed or have ceased their court deadline work prior to the court deadline date, if they intend to continue requesting library passes.

G. Any inmate needing notary work done should indicate that on his library pass request.
   1. Priority will be given in scheduling notary passes. They will be scheduled for earlier in the week unless they are specifically requested to be scheduled for later in the week.
   2. If the library pass is needed only for notary work, the inmate should write "NOTARY ONLY" on his pass request.
      a. Inmates on a Notary Only pass will be expected to have their notary work ready to be done when they arrive at the library.
      b. Notary Only work will be completed at the direction of Library staff as close to the beginning of the session as time permits. Inmates are expected to wait unit staff is ready to provide notary service.
      c. Upon completion of the notary work, the inmate will be required to leave the library.
      d. Notary Only passes will not count against the limit of twenty (20) inmates per period.

H. Any inmate in Voluntary Unassigned status desiring to use the library to work on an active legal case must state on his request that he wants a "Legal" library pass. He will only be allowed to do legal work while attending a legal library pass.

I. Library staff will schedule priority passes first. Scheduling of passes for the remaining inmates will be done based on the date the requests were received. For those requesting multiple days, passes will be scheduled once for each requesting inmate before any second or subsequent days will be assigned.

STATE OF WISCONSIN     CIRCUIT COURT     OUTAGAMIE COUNTY
BRANCH IV

STATE OF WISCONSIN,
    Plaintiff,

v.

CHONG LENG LEE,
    Defendant.

13-CF-1074

*[Handwritten note:] Mr. Lee's motion was received. Motion under review. Court will schedule if sees fit. Yadna R. 7-22-22*

### DEFENDANT'S REQUEST FOR SCHEDULING ORDER
### AN ANSWER TO HIS §974.06 MOTION/KNIGHT'S PETITION

Now Comes Chong Lee, (hereinafter Lee), the defendant, pro se ask this Court respond to the defendant if the Court has received his motion.

Under oath and the penalty of perjury the defendant Lee states the following is true and correct to the best of his knowledge.

On May 11, 2022 Lee filed a Knight's petition or §974.06 post-conviction motion with this court. Lee did not hear back from this Court for confirmation to see if the Court has received this motion, so Lee contacted the Clerk of Courts on June 3, 2022 through a letter by first class mail. It has been over two months and Lee who is no longer represented by counsel and is proceeding pro se seeks the confirmation that this Court has received his petition.

### CONCLUSION

For the reason that Lee is pro se and is no longer represented this Court should keep Lee notified of any scheduling or Motions the Court or any party has filed in relations to this case.

Dated this 17th day of July, 2022.

SIGNED BY:

CHONG LENG LEE #439266
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963



RECEIVED JUL 20 2022 CIRCUIT COURT BRANCH FOUR

Ex-B