UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHONG LENG LEE,

    Petitioner-Appellant,

v.

Randall Hepp,

    Respondent-Appellee.

Notice of Appeal
Case No.: 22-CV-620

Notice is given that the Plaintiff Chong Lee, pro se, appeals to the Seventh Circuit, from an order given by the Honorable William C. Griesbach of the Eastern District of Wisconsin entered in this action onSeptember 26, 2022.

Dated this 25th day of October, 2022.

Submitted By:

*[signature]*

CHONG LENG LEE #439266
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963