UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHONG LENG LEE,

    Plaintiff-Appellant,

v.

RANDALL HEPP,

    Respondent-Appellee.

Docketing Statement
Case No.: 22-CV-620

---

I. JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction as a civil action arising under the laws of the United States pursuant to 28 U.S.C. § 1331.

II. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from a final order of the U.S. District Court for the Eastern District of Wisconsin entered on September 26, 2022, by the Honorable William C. Griesbach.

The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291.

The Notice of Appeal was filed with the District Court along with the Docketing Statement on October 25, 2022.

Dated this 25th day of October, 2022.

Submitted By:

*[signature]*

CHONG LENG LEE #439266
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963