UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHONG LENG LEE,

    Plaintiff-Appellant,

v.

RANDALL HEPP,

    Respondent-Appellee.

Case No.: 22-CV-620

---

## PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS

Chong L. Lee, Petitioner-Appellant (hereinafter Lee) pro se, request that this Court grant him this motion to proceed without prepaying the filing fees for the following appeal. As proof that Lee is **not** able to pay the fees. He states the following under oath and the penalty of perjury:

1. Lee has not had three strikes.
2. Lee was previously granted motions to proceed in forma pauperis in this Court on different cases including this case.
3. Lee is indigent and has included his six month trust account for this Court.
4. Lee does have a release account over $100 and if this Court will allow then Lee request that 100% of it be paid towards the fees.
5. Lee owes a considerable amount of debt that includes other filing fees, restitution, child support, and other debts.
6. Due to Lee's medical condition he is unable to work at the prison and unable to make extra money to support his fees.

### CONCLUSION

For the reasons stated above Lee ask this Court to grant this motion.

Dated this 25th day of October, 2022.

Submitted By:

*[signature]*

CHONG LENG LEE #439266
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963