# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

**Green Bay Division**

Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301-4541

GINA M. COLLETTI
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
www.wied.uscourts.gov

October 28, 2022

Chong L Lee
439266
Waupun Correctional Institution
PO Box 351
Waupun, WI 53963-0351

    Re:    **Chong L. Lee v. Randall Hepp**
              **USDC Case No.: 22-C-620**

Dear Mr. Lee:

     Your Notice of Appeal to the U.S. Court of Appeals for the Seventh Circuit was filed on October 26, 2022. <u>If hearings were held in this case</u> a Transcript Request Form and the Seventh Circuit Transcript Information Sheet are enclosed with this letter. If a transcript of a hearing is necessary for this appeal, please complete and return both forms to the U.S. District Court. <u>If no hearings were held</u>, please complete and return the Seventh Circuit Transcript Information Sheet directly to the U.S. Court of Appeals for the Seventh Circuit.

     The District Court will ensure that the record is complete and made available electronically to the Court of Appeals within 14 days of filing the notice of appeal. Any confidential record or exhibit that is not available electronically will be prepared and held by the District Court until requested by the Court of Appeals. You must review the enclosed docket sheet within 21 days of filing the notice of appeal to ensure that the record is complete.

     Motions to correct or modify, supplement, or strike a pleading from the record must first be filed with the District Court. The District Court's ruling on the motion will become part of the record and notice of the decision will be sent to the Court of Appeals.

     If a docketing statement, as required by Circuit Rule 3(c), was not filed with the notice of appeal, it should be filed directly with the Clerk of Court for the U.S. Court of Appeals for the

Appeal Letter
October 28, 2022
Page 2

Seventh Circuit, by mailing the original document to:  *Clerk's Office, U.S. Court of Appeals, 219 S. Dearborn St. – Rm. 2722, Chicago, IL 60604.*

        Very truly yours,

        GINA M. COLLETTI
        Clerk of Court

        s/ Cheryl A. Veazie
        Deputy Clerk, Appeals