# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 28, 2022

**To:** Gina M. Colletti
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 22-2941 <br><br> Caption: <br> CHONG L. LEE, <br> Petitioner - Appellant <br><br> v. <br><br> RANDALL HEPP, <br> Respondent - Appellee |
| District Court No: 2:22-cv-00620-WCG <br> District Judge William C. Griesbach <br> Clerk/Agency Rep Gina M. Colletti <br><br> Date NOA filed in District Court: 10/26/2022 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)