# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### CIRCUIT RULE 3(b) FEE NOTICE

November 8, 2022

| | |
|---|---|
| No. 22-2941 | CHONG L. LEE,<br>　　　　　Petitioner - Appellant<br><br>v.<br><br>RANDALL HEPP,<br>　　　　　Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:22-cv-00620-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach<br>Clerk/Agency Rep Gina M. Colletti | |

This court's records indicate that on November 8, 2022 the District Court denied your motion to proceed in forma pauperis. Pursuant to Federal Rule of Appellate Procedure 24(a),

**WITHIN THE NEXT THIRTY (30) DAYS YOU MUST EITHER:**

1. Pay the required $500.00 docketing fee PLUS the $5.00 notice of appeal filing fee ($505.00 TOTAL) to the District Court Clerk. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed on appeal in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion is required. This motion must be supported by a sworn affidavit in the form of a sworn statement listing your assets and income.

**IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED, PURSUANT TO CIRCUIT RULE 3(b).**