Case 2013CF001074    Document 579    Filed 10-11-2019    Page 1 of 2

FILED
10-11-2019
Clerk of Circuit Court
Outagamie County
2013CF001074

**BY THE COURT:**

**DATE SIGNED:** October 11, 2019

<u>Electronically signed by Gregory B. Gill Jr.</u>
Circuit Court Judge

---

| STATE OF WISCONSIN | CIRCUIT COURT BRANCH 4 | OUTAGAMIE COUNTY |
|---|---|---|

State of Wisconsin vs. Chong Leng Lee

**Judgment of Conviction**
Amended
Sentence to Wisconsin State Prisons

Date of Birth: ▮▮▮▮ 1985

Case No. 2013CF001074

The defendant was found guilty of the following crime(s):

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Trial To | Date(s) Convicted |
|---|---|---|---|---|---|---|---|
| 1 | [939.63(1)(b) Use of a Dangerous Weapon] 1st-Degree Intentional Homicide | 940.01(1)(a) | Not Guilty | Felony A | 12-08-2013 | Jury | 03-09-2016 |

**IT IS ADJUDGED** that the defendant is guilty as convicted and sentenced as follows:

| Ct. | Sent. Date | Sentence | Length | Agency | Comments |
|---|---|---|---|---|---|
| 1 | 06-02-2016 | State prison | 1 LF | Department of Corrections | Counts are consecutive to each other and to any other sentence. Defendant is to serve Count 2 first, then serve Count 3, then serve Count 4, then serve Count 1. Credit is to be applied to Count 2 first, then to Count 3.<br><br>Court orders extended supervision eligibility after 30 years but specifies that day as 2-1-2048. |
| 1 | 06-02-2016 | Restitution | | | State has 60 days to file claim for restitution. Defense can request a hearing if objects to the amount.<br><br>**09-08-2016 - Court orders twenty-five percent (25%) of defendant's inmate account is to be applied to restitution, but not the inmate wages.<br><br>**05-25-2017 - Court order restitution as to victim's father. $160.75 of funds held by Appleton Police Department applied to restitution as to victim's mother per the Order for Restitution signed on May 25, 2017. |
| 1 | 06-02-2016 | Costs | | | |
| 1 | 06-02-2016 | Community service | | | Defendant is to complete 20 hours per year if released to extended supervision. |

**Conditions of Sentence or Probation**

Exhibit 1

Case 2:22-cv-00620-WCG    Filed 11/11/22    Page 1 of 5    Document 26-2

CR-212(CCAP), 05/2016 Judgment of ConvictionAmended, DOC 20, (08/2007)    §§ 939.50, 939.51, 972.13, Chapter 973, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.    Page 1 of 2

**Obligations:**    (Total amounts only)

| Fine | Court Costs | Attorney Fees | ☐ Joint and Several Restitution | Other | Mandatory Victim/Wit. Surcharge | 5% Rest. Surcharge | DNA Anal. Surcharge |
|---|---|---|---|---|---|---|---|
|  | 163.00 |  | 5,976.80 | 13.00 | 92.00 |  |  |

**Pursuant to §973.01(3g) and (3m) Wisconsin Statutes, the court determines the following:**

The Defendant   is ☐   is not ☒   eligible for the Challenge Incarceration Program.

The Defendant   is ☐   is not ☒   eligible for the Substance Abuse Program.

**IT IS ADJUDGED** that **0** days sentence credit are due pursuant to §973.155, Wisconsin Statutes

**IT IS ORDERED** that the Sheriff shall deliver the defendant into the custody of the Department.

If the defendant is in or is sentenced to state prison and is ordered to pay restitution, **IT IS ORDERED** that the defendant authorize the department to collect, from the defendant's wages and from other monies held in the defendant's inmate account, an amount or a percentage which the department determines is reasonable for restitution to victims.

If the defendant is placed on probation or released to extended supervision, **IT IS ORDERED** that the defendant pay supervision fees as determined by the Department of Corrections.

**THIS IS A FINAL ORDER FOR THE PURPOSE OF APPEAL.**

**Distribution:**

Gregory B. Gill Jr., Judge
Melinda Joy Tempelis, District Attorney
Ana L. Babcock, Defense Attorney
Deborah Susan Vishny, Defense Attorney
Evan Barrett Weitz, Defense Attorney
DOC
restitution
ext. superv. language Ct 1

Case 2013CF001074 Document 579 Filed 10-11-2019 Page 1 of 3

FILED
10-11-2019
Clerk of Circuit Court
Outagamie County
2013CF001074

**BY THE COURT:**

**DATE SIGNED:** October 11, 2019

<u>Electronically signed by Gregory B. Gill Jr.</u>
Circuit Court Judge

| STATE OF WISCONSIN | CIRCUIT COURT BRANCH 4 | OUTAGAMIE COUNTY |
|---|---|---|
| State of Wisconsin vs. Chong Leng Lee | | **Judgment of Conviction** <br> Amended <br> Sentence to Wisconsin State Prisons and Extended Supervision <br> Case No. 2013CF001074 |
| Date of Birth: ▮ 1985 | | |

The defendant was found guilty of the following crime(s):

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Trial To | Date(s) Convicted |
|---|---|---|---|---|---|---|---|
| 2 | Felon Possess Firearm | 941.29(2)(a) | Not Guilty | Felony G | 12-08-2013 | Jury | 03-09-2016 |
| 3 | [939.05 PTAC, as a Party to a Crime] Intimidate Witness/Person Charged/Felony | 940.43(7) | Not Guilty | Felony G | 12-12-2013 on or about December 12, 2013 thru February 12, 2014 | Jury | 03-09-2016 |
| 4 | [939.05 PTAC, as a Party to a Crime] Intimidate Witness/Person Charged/Felony | 940.43(7) | Not Guilty | Felony G | 12-12-2013 on or about December 12, 2013 thru February 12, 2014 | Jury | 03-09-2016 |

**IT IS ADJUDGED** that the defendant is guilty as convicted and sentenced as follows:

| Ct. | Sent. Date | Sentence | Length | Agency | Comments |
|---|---|---|---|---|---|
| 2 | 06-02-2016 | State Prison w/ Ext. Supervision | 3 YR | Department of Corrections | Counts are consecutive to each other and to any other sentence. Defendant is to serve Count 2 first, then serve Count 3, then serve Count 4, then serve Count 1. Credit is to be applied to Count 2 first, then to Count 3. Count 2 is time served. |
| 3 | 06-02-2016 | State Prison w/ Ext. Supervision | 2 YR | Department of Corrections | Counts are consecutive to each other and to any other sentence. Defendant is to serve Count 2 first, then serve Count 3, then serve Count 4, then serve Count 1. Credit is to be applied to Count 2 first, then to Count 3. |

CR-212(CCAP), 05/2016 Judgment of Conviction Amended, DOC/20, (08/2007) §§ 939.50, 939.51, 972.13, Chapter 973, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material. Page 1 of 3

Case 2:22-cv-00620-WCG Filed 11/11/22 Page 3 of 5 Document 26-2

| Ct. | Sent. Date | Sentence | Length | Agency | Comments |
|---|---|---|---|---|---|
| 4 | 06-02-2016 | State Prison w/ Ext. Supervision | 2 YR | Department of Corrections | Counts are consecutive to each other and to any other sentence. Defendant is to serve Count 2 first, then serve Count 3, then serve Count 4, then serve Count 1. Credit is to be applied to Count 2 first, then to Count 3. |

**Total Bifurcated Sentence Time**

| | Confinement Period | | | | | Extended Supervision | | | Total Length of Sentence | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ct. | Years | Months | Days | Comments | | Years | Months | Days | Years | Months | Days |
| 2 | 2 | 0 | 0 | | | 1 | 0 | 0 | 3 | 0 | 0 |
| 3 | 1 | 0 | 0 | | | 1 | 0 | 0 | 2 | 0 | 0 |
| 4 | 1 | 0 | 0 | | | 1 | 0 | 0 | 2 | 0 | 0 |

**Conditions of Extended Supervision:**

| Ct. | Condition | Agency/Program | Comments |
|---|---|---|---|
| 2 | Other | Department of Corrections | Costs waived on this count.<br><br>The Defendant is to undergo any counseling the agent finds appropriate and must comply with any recommended treatment/assessment/counseling. The Defendant is to maintain absolute sobriety - no alcohol or drugs unless prescribed by a physician. The Defendant is not to go into any bars, taverns or businesses where the primary purpose is to sell alcohol. If probation is revoked or discharged with outstanding financial obligations, a civil judgment shall be entered for the balance due, and/or other collection means, such as income assignment will be issued. |
| 3 | Other | Department of Corrections | Costs waived on this count.<br><br>The Defendant is to undergo any counseling the agent finds appropriate and must comply with any recommended treatment/assessment/counseling. The Defendant is to maintain absolute sobriety - no alcohol or drugs unless prescribed by a physician. The Defendant is not to go into any bars, taverns or businesses where the primary purpose is to sell alcohol. If probation is revoked or discharged with outstanding financial obligations, a civil judgment shall be entered for the balance due, and/or other collection means, such as income assignment will be issued. |
| 4 | Other | Department of Corrections | Costs waived on this count.<br><br>The Defendant is to undergo any counseling the agent finds appropriate and must comply with any recommended treatment/assessment/counseling. The Defendant is to maintain absolute sobriety - no alcohol or drugs unless prescribed by a physician. The Defendant is not to go into any bars, taverns or businesses where the primary purpose is to sell alcohol. If probation is revoked or discharged with outstanding financial obligations, a civil judgment shall be entered for the balance due, and/or other collection means, such as income assignment will be issued. |

**Pursuant to §973.01(3g) and (3m) Wisconsin Statutes, the court determines the following:**

The Defendant is ☐  is not ☒  eligible for the Challenge Incarceration Program.
The Defendant is ☐  is not ☒  eligible for the Substance Abuse Program.

Case 2:22-cv-00620-WCG    Filed 11/11/22    Page 4 of 5    Document 26-2

CR-212(CCAP), 05/2016 Judgment of Conviction Amended, DOC 20, (08/2007)    §§ 939.50, 939.51, 972.13, Chapter 973, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.    Page 2 of 3

**IT IS ADJUDGED** that **850** days sentence credit are due pursuant to §973.155, Wisconsin Statutes

**IT IS ORDERED** that the Sheriff shall deliver the defendant into the custody of the Department.

If the defendant is in or is sentenced to state prison and is ordered to pay restitution, **IT IS ORDERED** that the defendant authorize the department to collect, from the defendant's wages and from other monies held in the defendant's inmate account, an amount or a percentage which the department determines is reasonable for restitution to victims.

If the defendant is placed on probation or released to extended supervision, **IT IS ORDERED** that the defendant pay supervision fees as determined by the Department of Corrections.

**THIS IS A FINAL ORDER FOR THE PURPOSE OF APPEAL.**

Distribution:

Gregory B. Gill Jr., Judge
Melinda Joy Tempelis, District Attorney
Ana L. Babcock, Defense Attorney
Deborah Susan Vishny, Defense Attorney
Evan Barrett Weitz, Defense Attorney
DOC
restitution
ext. superv. language Ct 1