STATE OF WISCONSIN     CIRCUIT COURT     OUTAGAMIE COUNTY
BRANCH IV

STATE OF WISCONSIN,

          Plaintiff,
   v.                            CASE NO. 13 CF 1074

CHONG LENG LEE,

          Defendant.      **ORIGINAL**

---

TRANSCRIPT OF JURY TRIAL - DAY 11 (VERDICT)
March 9, 2016

---

THE HONORABLE GREGORY B. GILL, JR.
PRESIDING JUDGE



A P P E A R A N C E S

CARRIE A. SCHNEIDER, Assistant District Attorney,
ANDREW J. MAIER, Assistant District Attorney,
appeared on behalf of the Plaintiff.

DEBORAH S. VISHNY, Attorney at Law,
EVAN B. WEITZ, Attorney at Law,
appeared on behalf of the Defendant.

CHONG LENG LEE, Defendant/In Custody, appeared
personally and with his attorneys, Ms. Vishny
and Mr. Weitz.

GLORIA H. JOHNSON, RDR-CRR
Official Court Reporter, Branch V

Exhibit 27

Case 2:22-cv-00620-WCG     Filed 11/11/22     Page 1 of 13     Document 26-28

391-1

P R O C E E D I N G S

***

(VERDICT)

**THE COURT:** Attorney Schneider --

**MS. SCHNEIDER:** We are ready.

**THE COURT:** -- momentarily we'll bring in the jury.

Attorney Vishny?

**MS. VISHNY:** Yes.

**THE COURT:** Okay.

**MS. SCHNEIDER:** Do you want to just --

**THE COURT:** Yes. And before we -- before we begin, I know we have a gallery that's -- that's very interested.

What I would ask is that you maintain a sense of respect and decorum at all times through these proceedings until it gets to the point where I -- I dismiss the -- the proceedings in terms of closing it for the day.

So, also, I ask that any phones, cell phones, things of that nature, be turned off at this point in time.

Again, Attorney Schneider, anything?

**MS. SCHNEIDER:** No, Judge.

**THE COURT:** Attorney Vishny?

2

| | |
|---|---|
| 1 | **MS. VISHNY:** No, Your Honor. |
| 2 | **THE COURT:** Okay. Please rise for the jury. |
| 3 | **(Jury Panel entered the courtroom.)** |
| 4 | **THE COURT:** And please be seated. |
| 5 | Has the jury reached a verdict? |
| 6 | **THE FOREPERSON:** We have. |
| 7 | **THE COURT:** Okay. Madam Bailiff, if you would |
| 8 | please collect the verdict. |
| 9 | **THE BAILIFF:** (Complying.) |
| 10 | (Pause.) |
| 11 | **THE COURT:** Mr. Lee, if you'd please -- please |
| 12 | rise for the reading of the verdicts, sir. |
| 13 | **THE DEFENDANT:** (Complying.) |
| 14 | **THE CLERK:** *State of Wisconsin versus Chong* |
| 15 | *Leng Lee.* |
| 16 | COUNT ONE: We, the jury, find the defendant, |
| 17 | Chong Leng Lee, guilty of First Degree Intentional |
| 18 | Homicide as charged as Count One of the Information, |
| 19 | in Outagamie County, Wisconsin. |
| 20 | Question - Did the defendant commit the crime |
| 21 | of First Degree Intentional Homicide while using a |
| 22 | dangerous weapon? Answer: "Yes." |
| 23 | Dated this 9th day of March, 2016 at Appleton |
| 24 | Wisconsin. (Pause.) |
| 25 | COUNT TWO: We, the jury, find the defendant, |

Chong Leng Lee, Guilty of Possession of Firearm by a Felon as charged in Count Two of the Information, in Outagamie County, Wisconsin.

COUNT THREE: We, the jury, find the defendant, Chong Leng Lee, Guilty of Party to the Crime Intimidation of a Witness as charged in Count Three of the Information, in Outagamie County, Wisconsin.

Did the defendant commit the act in connection with a trial, proceeding, or inquiry into -- into [sic] a felony case in which he was charged? Answer: "Yes."

COUNT FOUR: We, the jury, find the defendant, Chong Leng Lee, Guilty of Party to the Crime Intimidation of a Witness as charged in Count 4 of the Information, in Outagamie County, Wisconsin.

Did the defendant commit the act in connection with a trial, proceeding, or inquiry in a felony case in which he was charged? "Yes."

COUNT FIVE: We, the jury, find the defendant, Chong Leng Lee, Not Guilty of Party to the Crime Intimidation of a Witness as charged in Count 5 of the Information, in Outagamie County, Wisconsin.

Did the defendant commit the act in connection with a trial, proceeding, or inquiry in a felony case in which he was charged? Answer: "No."

COUNT SIX: We, the jury, find the defendant,

|     |                                                                                 |
| --- | ------------------------------------------------------------------------------- |
| 1   | Chong Leng Lee, Not Guilty of Party to the Crime                                |
| 2   | Intimidation of a Witness as charged in Count 6 of the                          |
| 3   | Information, in Outagamie County, Wisconsin.                                    |
| 4   |       Did the defendant commit the act in connection |
| 5   | with a trial, proceeding, or inquiry in a felony case                           |
| 6   | in which he was charged?  Answer:  "No."                                        |
| 7   |       Dated this 9th day of March, 2016 at Appleton, |
| 8   | Wisconsin.                                                                      |
| 9   |       **THE COURT:**  So you may be seated, sir.  |
| 10  |       Madam Clerk, if you'd please poll the jury. |
| 11  |       **THE CLERK:**  No. 403, you have heard the reading |
| 12  | of the verdicts.  Are these the verdicts of the jury?                           |
| 13  |       **JUROR NO. 403:**  Yes.                     |
| 14  |       **THE CLERK:**  Are these your verdicts?     |
| 15  |       **JUROR NO. 403:**  Yes.                     |
| 16  |       **THE CLERK:**  No. 622, you have heard the reading |
| 17  | of the verdicts.  Are these the verdicts of the jury?                           |
| 18  |       **JUROR NO. 622:**  Yes.                     |
| 19  |       **THE CLERK:**  Are these your verdicts?     |
| 20  |       **JUROR NO. 622:**  Yes.                     |
| 21  |       **THE CLERK:**  No. 7187, you have heard the |
| 22  | reading of the verdicts.  Are these the verdicts of the                         |
| 23  | jury?                                                                           |
| 24  |       **JUROR NO. 7187:**  Yes.                    |
| 25  |       **THE CLERK:**  Are these your verdicts?     |

|   |   |
|---|---|
| 1 | **JUROR NO. 7187:** Yes. |
| 2 | **THE CLERK:** No. 6575, you have heard the |
| 3 | reading of the verdicts. Are these the verdicts of |
| 4 | the jury? |
| 5 | **JUROR NO. 6575:** Yes. |
| 6 | **THE CLERK:** Are these your verdicts? |
| 7 | **JUROR NO. 6575:** Yes. |
| 8 | **THE CLERK:** No. 6688, you have heard the |
| 9 | reading of the verdicts. Are these the verdicts of |
| 10 | the jury? |
| 11 | **JUROR NO. 6688:** Yes. |
| 12 | **THE CLERK:** Are these your verdicts? |
| 13 | **JUROR NO. 6688:** Yes. |
| 14 | **THE CLERK:** No. 7164, you have heard the |
| 15 | reading of the verdicts. Are these the verdicts of |
| 16 | the jury? |
| 17 | **JUROR NO. 7164:** Yes. |
| 18 | **THE CLERK:** Are these your verdicts? |
| 19 | **JUROR NO. 7164:** Yes. |
| 20 | **THE CLERK:** No. 6750, you have heard the |
| 21 | reading of the verdicts. Are these the verdicts of |
| 22 | the jury? |
| 23 | **JUROR NO. 6750:** Yes. |
| 24 | **THE CLERK:** Are these your verdicts? |
| 25 | **JUROR NO. 6750:** Yes. |

```
 1              THE CLERK:  No. 7481, you have heard the
 2   reading of the verdicts.  Are these the verdicts of
 3   the jury?
 4              JUROR NO. 7481:  Yes.
 5              THE CLERK:  Are these your verdicts?
 6              JUROR NO. 7481:  Yes.
 7              THE CLERK:  No. 7032, you have heard the
 8   reading of the verdicts.  Are these the verdicts of
 9   the jury?
10              JUROR NO. 7032:  Yes.
11              THE CLERK:  Are these your verdicts?
12              JUROR NO. 7032:  Yes.
13              THE CLERK:  No. 352, you have heard the reading
14   of the verdicts.  Are these the verdicts of the jury?
15              JUROR NO. 352:  Yes.
16              THE CLERK:  Are these your verdicts?
17              JUROR NO. 352:  Yes.
18              THE CLERK:  No. 6968, you have heard the
19   reading of the verdicts.  Are these the verdicts of the
20   jury?
21              JUROR NO. 6968:  Yes.
22              THE CLERK:  Are these your verdicts?
23              JUROR NO. 6968:  Yes.
24              THE CLERK:  No. 6947, you have heard the
25   reading of the verdicts.  Are these the verdicts of the
```

jury?

**JUROR NO. 6947:** Yes.

**THE CLERK:** Are these your verdicts?

**JUROR NO. 6947:** Yes.

**THE COURT:** Thank you, Madam Clerk.

Accordingly, it shall become the order of the court that the verdicts of the jury shall become the judgment of the court, and the court shall direct judgment to be entered accordingly.

At this time, Ladies and Gentlemen, your service in this case is completed, and you do not have to answer questions about the case from anyone other than the court. There is no requirement that you maintain secrecy concerning what happened in the jury room, but you do not have to discuss the case with anyone or answer any questions about it.

Additionally, I do want to -- as I had mentioned at the outset of this proceeding, I want to sincerely thank you for your dedication and your commitment to this process.

As I had again mentioned at the outset that we are only able to enjoy the legal system that we have because of the commitment of individuals such as yourselves, and I understand that that may have involved sacrifices in terms of times and events that you might

otherwise be engaged in, and it is not lost on myself and the participants on your dedication.

And so, again, it is with the utmost sincerity that I offer my thank you to your -- to all of you. I express that on behalf of not only myself but on behalf of the respective parties to this case and the county as a whole.

And so at this time, your services are completed. You may be dismissed.

Please rise for the jury.

**(Jury Panel exited the courtroom.)**

**THE COURT:** You may be seated.

In light of the verdicts that have been received and now entered, the court will schedule this for a further sentencing date. Because my assistant is out at -- at this time, what I will do is I will have her contact the parties tomorrow.

My typical practice, so that the parties are aware, is that I will be ordering a presentence investigation. Typically, I'm able to schedule sentencing about 45 days out without much effort, although we may need to move that out slightly more just because of the -- the nature of the offense at issue. Likewise, I would anticipate that I would allocate an appropriate amount of time for these

```
 1      proceedings.
 2              Any questions, Attorney Schneider?
 3              MS. SCHNEIDER:  No.
 4              I would make a motion to revoke bond.
 5              THE COURT:  Motion will be granted.
 6              Attorney Vishny?
 7              MS. VISHNY:  Yes.
 8              I'd ask the court for an order that I be
 9      allowed to be permitted at the time the presentence
10      investigation is conducted.
11              I don't know if that's been done in this county
12      previously, but that is a standard request of mine in
13      all of my cases in Milwaukee County, and I've never had
14      a judge deny that request.
15              THE COURT:  Well, then I will not be the first.
16              MS. VISHNY:  Thank you.
17              THE COURT:  So I have no --
18              MS. SCHNEIDER:  And I know from recent
19      practice, they will do that.  They'll accommodate that
20      request.
21              THE COURT:  Okay.  And --
22              MS. VISHNY:  So the --
23              THE COURT:  -- simply so there's no question,
24      I will make that an order, that you be allowed to
25      participate --
```

| | |
|---|---|
| 1 | **MS. VISHNY:** Thank you. |
| 2 | **THE COURT:** -- and be present for the |
| 3 | presentence -- |
| 4 | **MS. VISHNY:** Thank you. |
| 5 | **THE COURT:** -- investigation. Likewise, we |
| 6 | will coordinate with yourself and Attorney Weitz in |
| 7 | terms of scheduling of the presentence. |
| 8 | **MS. VISHNY:** That's fine. Thank you. |
| 9 | **THE COURT:** All right. Thank you very much. |
| 10 | Anything else, Attorney Schneider? |
| 11 | **MS. SCHNEIDER:** Not at this time, Judge. |
| 12 | **THE COURT:** All right. Attorney Vishny? |
| 13 | **MS. VISHNY:** I'd move for judgment on the |
| 14 | verdict on Counts 5 and 6 and reserve the right for |
| 15 | successor counsel to bring whatever motions are required |
| 16 | at a later date. |
| 17 | **THE COURT:** I certainly will reserve your |
| 18 | right for subsequent motions. |
| 19 | Any objection to judgment on Counts 5 and 6? |
| 20 | **MS. SCHNEIDER:** No. |
| 21 | **THE COURT:** Judgment will -- it will be ordered |
| 22 | that Counts 5 and 6 be dismissed. Judgment will be |
| 23 | entered accordingly. |
| 24 | **MS. VISHNY:** Thank you. |
| 25 | **THE COURT:** All right. Thank you. |

```
 1                MS. SCHNEIDER:  Thank you, Judge.
 2                THE COURT:  All please rise.
 3                (The Defendant, in custody, escorted from the
 4     Courtroom.)
 5                (The proceedings adjourned at 8:12 p.m.)
 6                              ***
```

```
STATE OF WISCONSIN  )
                    ) ss.
OUTAGAMIE COUNTY    )
```

## REPORTER'S CERTIFICATE

I, **GLORIA H. JOHNSON, RDR-CRR,** Registered Diplomate Reporter, Certified Realtime Reporter, certify that I am the official court reporter for Branch V (substitute court reporter for Branch IV) of the Circuit Court of Outagamie County; that as such court reporter, I made full and accurate stenographic notes of the foregoing proceedings; that the same was later reduced to typewritten form; and that the foregoing is a full and accurate transcript of my stenographic notes so taken.

Dated and signed in the City of Appleton, on the **4th day of August, 2016.**

_____
**GLORIA H. JOHNSON, RDR-CRR
Registered Diplomate Reporter
Certified Realtime Reporter
(920/832-1584)**