# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 16, 2022

To:  Gina M. Colletti
     UNITED STATES DISTRICT COURT
     Eastern District of Wisconsin
     Milwaukee, WI 53202-0000

|  | CHONG L. LEE, |
|---|---|
|  | Petitioner - Appellant |
| No. 22-2941 | v. |
|  | RANDALL HEPP, |
|  | Respondent - Appellee |

| Originating Case Information: |
|---|
| District Court No: 2:22-cv-00620-WCG |
| Eastern District of Wisconsin |
| District Judge William C. Griesbach |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                      Circuit Rule 3(b)

STATUS OF THE RECORD:                                no record to be returned

form name: **c7_Mandate**   (form ID: **135**)