# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

December 16, 2022

*By the Court*:

| | |
|---|---|
| No. 22-2941 | CHONG L. LEE,<br>            Petitioner - Appellant<br><br>v.<br><br>RANDALL HEPP,<br>            Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 2:22-cv-00620-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach ||

This cause, docketed on October 28, 2022, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).


form name: **c7_FinalOrderWMandate**     (form ID: **137**)