UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHONG LENG LEE,
    Petitioner,

v.    Case No.: 22-CV-620

RANDALL HEPP,
    Respondent.

## MOTION FOR TIME EXTENSION ON PETITIONER'S BRIEF IN SUPPORT OF HABEAS RELIEF

Chong Lee, the Petitioner pro se, moves this Court for a time extension to a date of January 23, 2023, to file his Brief in Support in response to the Respondent's Reply on November 11, 2022. Lee states the following facts in support of his motion and states them under oath and the penalty of perjury.

1. This Court ordered on September 26, 2022, that the Respondent respond to Lee's Petition for Habeas Relief pursuant to 28 U.S.C. § 2254 within 60 days of September 26, 2022.

2. The Respondent filed a response on November 11, 2022.

3. The Court gave Lee 45 days to file a response in support if he chose to do so in the same order made on September 26, 2022.

4. Lee started his Brief in Support, but there has been delays due to cancellations of law library times due to multiple holidays that fell within the 45 days.

5. For the Thanksgiving holiday law library was cancelled the day before until the Monday after.

6. All Lee's work and research is held on his USB drive and he has no access to it only the librarian does.

7. Not only did the holidays have an effect, but the regular Monday and Wednesdays that are closed due to training days.

8. Christmas also came within this and that whole week was closed and most of the week before.

9. Lee in a good-faith effort has enclosed what he has done so far. He needs the additional few weeks to compensate for the amount of days he will actually get in the law library to finish his last argument.

## CONCLUSION

FOR THE ABOVE REASONS, this Court should grant this Motion for time extension and allow Lee until January 23, 2023, to file his Brief in Support.

Dated this 22nd day of December, 2022.

Submitted By:

_____
CHONG LENG LEE #439266
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963