UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

CHONG LENG LEE,

    Petitioner,

Case No. 22-CV-620

vs.

RANDALL HEPP,

    Respondent.

---

## AFFIDAVIT IN SUPPORT OF LATE MOTION

---

Chong Leng Lee the Petitioner(hereinafter Lee), swears under oath and the penalty of perjury that the following is a true and correct statement to the best of his knowledge.

### STATEMENT OF FACTS

Lee states that he had finished his brief in support on January 19, 2023, at Waupun Correctional Institution, and did it on his USB drive under the title Habeas Brief, and handed it in to the Librarian to make copies and to be e-filed to the Eastern District of Wisconsin of The United States District Courts. Because the Institution was having some sort of fundraiser drive hand out thing scheduled for friday the law library was cancelled.

The following Monday January 23, 2023, when the brief was due. Lee was scheduled to be in the law library at the 1:30 period. Lee first entered the Law library and spoke with the Librarian Nevin Webster and asked him if he had printed the following documents Lee had requested on Thursday and Mr. Webster stated that he did not have the time to get it done on Thursday, but did print the document "habeas brief" file which contained 11 pages out on friday and sent it out that night. Lee told Mr. Webster that he never received the documents and needs it to be e-filed to the Eastern District by today and wanted to know where his Court papers went. Mr. Webster could not give a reason as to why Lee did not get it because once he puts the documents into the bag his job is done and he is no longer involved. Lee only had enough in his account for those 11 pages and could not afford any more copies.

Lee now has to wait until the copies are found or a solution is resolved about the misplaced brief. Lee can only ask this Court to give him a short extension until he gets the funds from his

family or wait until his institution job pays again to pay for copies. This was an unforeseen complication and one Lee did not expect. Lee knew that he only needed until the 23rd to finish the brief to compensate for the lost days and added a few days in for the institution staff for the e-filing, but did not expect this.

If Lee gets the brief and files it before the Court makes a ruling. All Lee asks is that this Court take all its contents and arguments into consideration because it was not Lee's fault that his brief was not filed on time.

## CONCLUSION

This Court should take all things into considerations and give Lee a week extension.

Dated this 23rd day of January, 2023.

*[signature]*

CHONG LENG LEE #439266

P.O. Box 351

Waupun, WI 53963