IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CHONG LENG LEE,

    Petitioner,

v.                                       Case No. 22-CV-620

RANDALL HEPP,

    Respondent.

## MOTION FOR AN EXTENSION OF TIME TO FILE BRIEF OPPOSING PETITION FOR WRIT OF HABEAS CORPUS

Randall Hepp, Respondent, by undersigned counsel, moves this Court for a 30-day extension of time to file his response brief opposing Lee's petition for writ of habeas corpus. Respondent's brief is currently due for filing on Monday, March 13, 2023. If granted, Respondent's requested extension would make his brief due for filing on Wednesday, April 12, 2023.

In support of this request, Assistant Attorney General John W. Kellis asserts the following:

1. I am an Assistant Attorney General employed by the Wisconsin Department of Justice duly licensed to practice law in the State of Wisconsin and in this Court, and I represent Respondent Randall Hepp in this action.

2. I am requesting that this Court modify the current briefing schedule to extend Respondent's time to file a response brief by thirty (30) days, from March 13, 2023, to April 12, 2023.

3. I have begun drafting my response brief in this matter, but it is not yet complete. Once finished, I must also submit the draft response brief for standard Department of Justice review and make any necessary revisions. I cannot complete this process and have the brief in final form before the current due date.

4. Since receiving Petitioner's brief, I have also been assigned to work on other matters, including:

- drafting a response brief in *Junior L. Williams-Holmes*, Case No. 2021AP809-CR (Wis. S. Ct.), filed January 25, 2023, following one briefing extension;

- drafting a response to a petition for review in *State v. Marquise Lamont Brown*, Case No. 2022AP273-CR (Wis. S. Ct.), filed February 2, 2023.

- drafting a response to a petition for review in *State v. Tiffany J. Goss*, Case No. 2021AP717-CR (Wis. S. Ct.), filed February 14, 2023.

- drafting a motion for summary reversal in *State v. John E. Pelowski*, Case No. 2022AP2092-CR (Wis. Ct. App.), filed February 17, 2023;

- drafting a response brief in *State v. Azure S. Murray*, Case No. 2022AP1139-CR (Wis. Ct. App.), filed February 23, 2023, following two briefing extensions;

- presenting oral argument in *State v. Junior L. Williams-Holmes*, Case No. 2021AP809-CR (Wis. S. Ct.) on February 23, 2023;

- drafting a response brief in *State v. David J. VanRemortel*, Case No. 2022AP1717-CR (Wis. Ct. App.), filed March 2, 2023, following two briefing extensions;

- drafting a response brief in *State v. Keefe Joseph Nordgren*, Case No. 2022AP1834-CR (Wis. Ct. App.), currently due March 13, 2023, following one briefing extension;

- drafting a reply brief supporting a motion to dismiss a petition for writ of habeas corpus in *Devroy v. Boughton,* Case No. 22-CV-727 (E.D. Wis.), currently due on March 17, 2023; and

- drafting a response brief in *State v. Travis J. Ragen*, Case No. 2022AP1763-CR (Wis. Ct. App.), currently due March 24, 2023, following one briefing extension.

5. I do not make this motion for purposes of improper delay. The proposed 30-day deadline enlargement represents my best estimate of the amount of time currently necessary to finish the brief production processes. I hope to file the brief ahead of that date.

Dated this 3rd day of March 2023.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ John W. Kellis
JOHN W. KELLIS
Assistant Attorney General
State Bar #1083400

Attorneys for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7081
(608) 294-2907 (Fax)
kellisjw@doj.state.wi.us