IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

## CERTIFICATE OF SERVICE

Re: *Chong Leng Lee v. Randall Hepp*
Case No. 22-CV-620

I hereby certify that on March 3, 2023, the **Motion for Extension of Time to File Brief Opposing Petition for Writ of Habeas Corpus** was electronically filed with the Clerk of the Court, on behalf of the respondent, using the ECF system. A copy has been sent by mail to the following non-participating ECF party:

> Chong Leng Lee #439266
> Waupun Correctional Institution
> P.O. Box 351
> Waupun, WI 53963-0351

> s/ John W. Kellis
> JOHN W. KELLIS
> Assistant Attorney General
> State Bar #1083400
>
> Attorney for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7081
(608) 294-2907 (Fax)
kellisjw@doj.state.wi.us