UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHONG LENG LEE,
    Petitioner,

v.

                            Case No. 22-CV-620

RANDALL HEPP,
    Respondent,

## MOTION FOR TIME EXTENSION

Now Comes Chong Lee (hereinafter Lee), pro se, moves this Court for a motion for a time extension to make a response to the respondent's latest brief. Lee ask that this Court expand the deadline from May 12, 2023, to 60 days out due to complications at the prison that caused delays with Lee's research and work capabilities.

To show cause Lee states the following facts under the penalty of perjury.

1. On March 6, 2023 this Court gave the Respondent an extension to file their reply brief opposing Lee's Petition for Writ of Habeas Corpus.

2. On March 24, 2023, this prison went into lockdown due to attacks on staffs and inmates, drug activities, and many other illegal activities.

3. With the prison being on lockdown and the respondent sending me a certified copy of

their brief on April 17, 2023. I would be unable to meet my deadline of May 12, 2023.

4. As of April 18, 2023, we were notified that we would remain on this lockdown until further notice. (See exhibit)

5. As Lee learned of this he did contact people who had control of his legal materials and tried to compromise something so he could meet his deadline. Unfortunately the prison is unwillingly unable to bend or make exceptions. (See exhibit).

6. ALL Lee's legal materials remain on his USB drive and he would need access to it to do his brief correctly plus would need access to case laws and materials.

## Conclusion

For this reason this court should grant this motion.

Dated this 23rd day of April, 2023.

Signed By:

*[signature]*

CHONG LENG LEE #439266
P.O. BOX 351
Waupun, WI 53963