

Ex-1

# WISCONSIN DEPARTMENT OF CORRECTIONS
Governor Tony Evers / Secretary Kevin A. Carr

## Waupun Correctional Institution

Date: March 30, 2023

To: WCI Population

From: Randall R. Hepp
Warden

Subject: Restricted Movement and Activities

The first two objectives in the mission statement of the Wisconsin Department of Corrections are to *protect the public, our staff, and those in our charge,* and *to provide opportunities for positive change and success.* The mission statement lists these objectives in this order purposefully, as the latter is not possible without the former. That is, providing opportunities within a correctional institution is simply not possible if we do not have a reasonably safe, secure, and orderly environment. Unfortunately, we have reached a point in which restricting opportunities is necessary to ensure the safety of those who work and live at WCI.

Recently, there has been a significant rise in disorder and defiance among an increasing number of those in our population. This has been demonstrated through blatant disobedience and disrespect, disallowed movement/loitering, possessing/creating contraband, and an increase in threats and violence. Participating in these behaviors challenges the foundation on which a correctional institution operates, and cannot be tolerated. It is these behaviors which have created the current status of restricted movement.

It is important to acknowledge that a significant portion of the population regularly engages in mature, respectful, and compliant behavior. I am grateful for the manner in which you conduct yourselves. The positive influences you bring to the institution are admirable. Many of you have expressed frustration with some of the behaviors exhibited by others. I share that frustration and I regret that their choices have created an undesired, but necessary, action. I wish they made better choices. I appreciate your patience as we work to gain compliance from the rest of the population.

Many have asked, "When will this end?" The answer to that is not simple. We will remain in restricted movement for a period of time while we reestablish expectations for everyday practices like count, movement, showers, etc. As the majority of the population demonstrates a cooperative spirit in these activities, we will continue to add more opportunities such as recreation, passes, etc.

There is great desire to return to ordinary operations as soon as it is practical and safe for that to occur. Actions such as throwing debris out of cells, making threatening statements, and creating disruptions are not helpful and will unfortunately likely delay the time it will take for ordinary operations to resume.

It is recognized that when movement and activities are restricted, is uncomfortable for everyone. I hope we will be able to move forward as soon as possible. Cooperation, patience, and understanding provide the best opportunity for that to happen.

Cc: file



# WISCONSIN DEPARTMENT OF CORRECTIONS
Governor Tony Evers / Secretary Kevin A. Carr

Waupun Correctional Institution

DATE: April 18, 2023

TO: The Population of WCI

FROM: Randall R. Hepp
Warden

SUBJECT: Update on Modified Movement, Activities and Expectations

On March 30, 2023 you received a correspondence explaining the need for restricted movement. In that correspondence I noted the need for a safe, secure, and orderly environment for everyone. Just as when I authored that message, many of you have continued to demonstrate behavior that supports such an environment. I thank you again for your positive example and maturity. I assure you we are working on ways to recognize your efforts and cooperation.

It is clear that a great many of you desire moving forward toward a more ordinary operation. I share that desire. However, before that first step can be taken, it is necessary to reestablish some expectations that should have been followed all along. When there is substantial compliance in meeting those expectations, it will be an indication that a cell hall or range(s) are coming nearer to resuming movement for that area. The initial expectations include:

1. <u>Standing Count</u>: Standing counts occur at 6:00 a.m., 11:45 a.m., 5:00 p.m., and 9:00 p.m. When count is announced, each person is expected to be standing with the cell light on. Counts are conducted not only for accountability but also to ensure the wellness of each person.
2. <u>Cell Fronts</u>: Cell fronts and bed frames are to be free of any items such as blankets, clothing or other articles to allow clear visibility into the cell/bunks at all times. Provided privacy curtains are for toilet use only. This topic will be examined further in the future.
3. <u>"Fishing" Between Cells</u>: There should be no items passed between cells or ranges by "fishing" from one cell to another. Damage and/or misuse of state or personal items for this purpose is not allowed.
4. <u>Garbage/ Refuse</u>: No items are to be thrown out of your cell onto the range. These items are to be properly disposed of when staff make rounds to collect garbage and other refuse.
5. <u>Volume in the Cell Hall</u>: It is expected that consideration be given to others who live in the cell hall. Conversations between cells should be maintained at a volume that does not interfere with others and should cease at times when it is expected others may be attempting to sleep. Volume of other activities should also be kept to a level that does not disturb others.

As stated earlier, these are expectations that should have been followed all along. They are not unreasonable and they can be met through individual choice by each person. As cooperation with these expectations increases, so does the potential for resuming more ordinary movement and a return to visits, work, education, groups, and recreation. There is no timetable for that to take place. The pace and extent for resuming activities will be based, in large part, on the pace and extent with which cooperation occurs.

I hope the example set by those who have shown they are responsible, mature, and accountable people will become the standard that all others will adopt for themselves. There is no doubt everyone desires a change from the current condition. However, that change can only take place when there is confidence that doing so can be accomplished safely and orderly. Following the basic expectations outlined in this message is the first step toward change. Each of you can be part of making that happen.

Cc: All WCI Staff
file

*Needs to be addressed ASAP*

**INTERVIEW/INFORMATION REQUEST**
*SOLICITUD PARA INFORMACION / ENTREVISTA*

Ex-3

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
*Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.*

| OFFENDER NAME / NOMBRE DEL/LA OFENSOR(A): Chong Lee | DOC NUMBER / NUMERO DEL/LA OFENSOR(A): 439266 | LIVING UNIT / UNIDAD DE VIVIENDA: SCH G-29 |
|---|---|---|
| DATE / FECHA: 4-17-23 | WORK ASSIGNMENT / ASIGNACION DE TRABAJO: Metal Stamping | |

☐ Interview *Entrevista*    ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

I need to type a Brief that is due for a Habeas response reply by May 13, 2023 and if this Lockdown is not over by then I will need to type a extension motion. Is it possible to use a portible laptop and my USB #44 to do all this as an option while we are on this lockdown so I can me my deadline? I'm within 30 days of that deadline. or in the alternative be pulled out to the North secure area to use it.

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*
**DISPOSITION OF REQUEST** *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed / *Usted sera entrevistado*    Date/Fecha: 4/19/23    Time/Hora: ___
☐ Information to Follow / *Informacion Sera Proveida*
☐ Request Referred To: / *Solicitud Refereida A:* ___

Information/Comment *Informacion/Comentario*:

NO. THE USE OF COMPUTERS / DATA STORAGE DEVICES OUTSIDE THE PERMITTED AREA (E.G. LAW LIBRARY) IS NOT ALLOWED.

THE COURT WILL ACCEPT HAND-WRITTEN OR TYPED DOCUMENTS.

Signed *Firmado*    ED / Department *Departamento*

TO:
A: Chong Lee
NUMBER:
NUMERO: 439266
UNIT:
UNIDAD de VIVIENDA: SCH G-29
DATE:
FECHA: 4-17-23

- - - - - - - - - - - - - - - - FOLD DOBLE - - - - - - - - - - - - - - - -

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido sera la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

- - - - - - - - - - - - - - - - FOLD DOBLE - - - - - - - - - - - - - - - -

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-0643 (Rev. 4/2015)

Exhibit-3

WISCONSIN

04/18 SCH

**INTERVIEW/INFORMATION REQUEST**
*SOLICITUD POR INFORMACION/ENTREVISTA*

TO:
A: Mr. Brett Helmer
DEPARTMENT:
DEPARTAMENTO: SCHOOL
DATE:
FECHA: 4-17-23

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*