UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHONG LENG LEE,

    Petitioner,

v.

                              Case No. 22-CV-620

RANDALL HEPP,

    Defendant.

## MOTION FOR TIME EXTENSION

Now Comes Chong Lee (hereinafter Lee), pro se, moves this Court for a motion for a time extension to make a response to the respondent's filed on April 17, 2023. Lee ask this Court to extend this deadline out another 90 days due to the same complications that caused the first extension.

To show cause Lee states the following under the penalty of perjury and oath:

1. On March 24, 2023, this institution went into lockdown.

2. The institution has remained on this lockdown and has only allowed the following inmates out for work, 35 Metal Stamping workers, 23 Food Service, and 5 laundry workers. All other area of the institution is shut down.

3. Because the institution does not allow law library and have an inadequate law library for checking legal materials out to inmates for help of research. Lee did file inmate complaints due to a dismissal of a civil suit. (See ex-A & B).

## Conclusion

For those reasons Lee cannot properly research and properly prepare a response. This Court should grant Lee another extension.

Dated this 10th day of July.

Signed By:
Chong Lee
*(signature)*
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963