WCG

August 6, 2023

Re: Case No.: 22-cv-620

U.S. District Court
Wisconsin Eastern
AUG - 9 2023
FILED
Clerk of Court

To Clerk of Courts:

I recently filed a Motion for time extension to the Court in this case but did not hear back and the deadline set for the previous briefing schedule has passed. This institution has been on lockdown as explained in that Motion and has finally just somewhat opened somewhat and if the Court did a text only order I doubt I would have received a copy of that order.

I would like to know if he has made an order on my motion so that I may now finish and make a reply before this place shuts down with some excuse again.

Thank you for your time!

Sincerely:
Chong L. Lee #439266