UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHONG LENG LEE

   Petitioner,

   v.

RANDALL HEPP,

   Respondent,

Case No.: 22-CV-620

---

## MOTION FOR A DEADLINE

Now Comes, Chong Leng Lee the Petitioner, pro se, (hereinafter Lee), ask this Court to set a date to November 20, 2023 to make a response to the respondent's last brief.

## SUPPORTING FACTS

1. This Court ordered Lee to make a response to the respondent's Brief in Opposition by August 12, 2023, but because Waupun Correctional Institution had been on Lockdown since the End of February of 2023 and Lee cannot get Law Library access he requested a time extension from this Court.

2. Lee has not heard from this Court on that Motion for time extension.

3. Lee still intends to make a response to the respondent's motion.

4. This institution is still on Lockdown, but does allow inmates the use of the law library only if the inmate has a Court Ordered deadline and that deadline is within 45 days. See Exhibits A and B.

5. Lee wishes to resolve his Habeas as soon as possible.

## CONCLUSION

Lee states the foregoing statements were made under oath and perjury, correct and true. This Court should grant him the extension until November 20, 2023.

Dated this 2nd day of October, 2023.

Signed By:

*[signature]*

CHONG LENG LEE #439266
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963