UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHONG L. LEE,

    Petitioner,

v.                                                  Case No. 22-C-620

RANDALL HEPP,

    Respondent.

## ORDER

Petitioner Chong L. Lee, who is currently incarcerated at Waupun Correctional Institution, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a brief in opposition on April 11, 2023. The court then granted Petitioner's motion for a 60-day extension of time to file a reply brief on April 25, 2023. Since then, Petitioner has filed two additional motions for an extension of time, asserting he was unable to prepare his reply brief while the correctional institution where he is incarcerated was on lockdown. Dkt. Nos. 38 & 40. He requests that the deadline to file his reply brief be extended to November 20, 2023. Dkt. No. 40. Petitioner is advised that the court knows the legal standard and the law, and he need only make whatever arguments he believes support his petition for writ of habeas corpus. The court will nevertheless grant Petitioner a *final* extension to file his reply brief.

**IT IS THEREFORE ORDERED** that Petitioner's motions for an extension of time (Dkt. Nos. 38 & 40) are **GRANTED**. Petitioner's reply brief in support of his petition is due on or before **November 20, 2023**.

Dated at Green Bay, Wisconsin this 10th day of October, 2023.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach
                                                          United States District Judge