1    STATE OF WISCONSIN      CIRCUIT COURT      OUTAGAMIE COUNTY

2    ─────────────────────────────────────────────────────────────

     **STATE OF WISCONSIN,**
3
                    Plaintiff,
4    v.                                    **Case No. 13-CF-1074**

5    **CHONG LENG LEE,**

6                    Defendant.     **ORIGINAL**

7    ─────────────────────────────────────────────────────────────

                         MOTION HEARING
8    ─────────────────────────────────────────────────────────────

9
     BEFORE:      **HONORABLE GREGORY B. GILL, JR.**
10                Circuit Court Judge, Branch IV
                  Outagamie County Justice Center
11                Appleton, WI  54911

12
     DATE:        **May 26, 2015**
13

14   APPEARANCES:  **CARRIE SCHNEIDER**
                   District Attorney
15                 Appearing on behalf of the State

16                 **ANDREW MAIER** and **PETER HAHN**
                   Assistant District Attorneys
17                 Appearing on behalf of the State

18                 **DEBORAH VISHNY** and **EVAN WEITZ**
                   Attorneys at Law
19                 Appearing on behalf of the Defendant

20                 **CHONG LENG LEE**
                   Defendant
21                 Appearing in person

22

23

24   Joan Biese
     Official Reporter, Branch IV
25   Outagamie County

CLERK OF CIRCUIT COURT
OUTAGAMIE COUNTY FILED

JUN - 9 2015

AT _____ O'CLOCK _____

                           1                        Exhibit A

Case 2:22-cv-00620-WCG  Filed 11/11/22  Page 1 of 96  Document 26-12
Case 2:22-cv-00620-WCG    Filed 11/20/23    Page 1 of 16    Document 42-1
328-1

```
1                          I N D E X

2

3   WITNESSES                                              PAGE

4   CHUE LEE THAO
        Examination by Attorney Vishny....................  30
5       Examination by Attorney Schneider.................  43
        Examination by Attorney Vishny....................  48
6
    MICHAEL D. GOSTISHA
7       Examination by Attorney Vishny....................  53
        Examination by Attorney Schneider.................  54
8
    NEAL RABAS
9       Examination by Attorney Vishny....................  55
        Examination by Attorney Schneider.................  62
10      Examination by Attorney Vishny....................  65

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

2

Case 2:22-cv-00620-WCG   Filed 11/11/22   Page 2 of 96   Document 26-12
Case 2:22-cv-00620-WCG   Filed 11/20/23   Page 2 of 16   Document 42-1
328-2

1          components of this case, correct?

2    A    Yes.

3    Q    But you don't recall any discussions with myself or

4          other prosecutors related to saying, yes, go ahead

5          and get rid of those prior recordings.

6    A    No.  I think that was a decision that was made with

7          the investigators that were working on the case as to

8          what do we do with this information, and we related

9          to the Monfils Law, and that we believe that if there

10         were any of those recordings, photographs or any

11         submissions like that, we knew through discovery the

12         defense would be able to obtain that, so I think as

13         an investigative team we just decided that nothing

14         would be retained.

15                ATTORNEY SCHNEIDER:  I have nothing else,

16         Judge, at this time.

17                THE COURT:  Attorney Vishny.

18                ATTORNEY VISHNY:  Yeah.  I have a few more

19         questions.

20                           **EXAMINATION**

21   **BY ATTORNEY VISHNY:**

22   Q    First of all, outside of these three witnesses, Mr.

23         Thao, Mr. Thao and Mr. Lee, are there any other

24         witnesses who exist in this case who do not want to

25         be identified or simply who were interviewed by the

65

Case 2:22-cv-00620-WCG   Filed 11/11/22  Page 65 of 96   Document 26-12
Case 2:22-cv-00620-WCG   Filed 11/20/23   Page 3 of 16   Document 42-1
328-65

```
 1          police that have not been disclosed to the State or

 2          the defense?

 3    A     Yes.

 4    Q     How many?

 5    A     Well, there was about 150 people at the bar that we

 6          interviewed.  Some of those identities -- I believe

 7          most of those identities you have, but the full

 8          interviews as far as what was discussed during those

 9          interviews was not retained, whether it was recorded

10          or notes taken from that or a report completed on

11          that.  In addition to that, I know of two other

12          individuals -- I recall two other individuals who I

13          was part of -- I interviewed that had requested not

14          to be identified under the same concerns about their

15          own personal safety in reference to this case.

16    Q     Okay.  What are the name of those individuals?

17    A     I don't recall or don't remember right now.

18    Q     So if we took a ten-minute break and you ran back to

19          your office you could retrieve that, correct?

20    A     I don't know if I have anything from those

21          interviews.

22    Q     Well did you reinterview those people in April of

23          2015 as well?

24    A     No, I did not.

25    Q     Why not?
```

Case 2:22-cv-00620-WCG   Filed 11/11/22   Page 66 of 96   Document 26-12
Case 2:22-cv-00620-WCG   Filed 11/20/23   Page 4 of 16   Document 42-1
328-66

1       in order to do a full impeachment, I simply can't

2    ·  prove it today.

3              ATTORNEY SCHNEIDER:  I would dispute

4       because I know we specifically talked yesterday

5       about, and I told her Sergeant Thao had not talked to

6       Jack Thao, there was this counterfeit grocery store

7       thing with his parents.

8              ATTORNEY VISHNY:  Correct.

9              ATTORNEY SCHNEIDER:  So I don't know why

10      she says she's surprised by Sergeant Thao's

11      testimony.

12             THE COURT:  I think now we're talking about

13      Paul Lee.

14             ATTORNEY VISHNY:  I'm not surprised about

15      the testimony about Jack Thao at all.  I wasn't

16      surprised, it's exactly what I expected.  But this

17      other stuff about interviewing Ryan, Mikey, Watou,

18      and, you know, I --

19             ATTORNEY SCHNEIDER:  Well, it -- maybe I'll

20      say this.  My point of today was having him further

21      express their fears and his basis and his knowledge.

22      If we're going to argue over the dates and when they

23      interviewed them and in what order, I want to -- I

24      guess I'd object because her cross is beyond the

25      scope.  I don't know what she's trying to get to

33

EX-B

Case 2:22-cv-00620-WCG   Filed 11/11/22   Page 33 of 52   Document 26-15
Case 2:22-cv-00620-WCG   Filed 11/20/23   Page 5 of 16   Document 42-1
331-33

1    through cross, but the purpose of why I recalled him

2    on that was my thought that I needed to further

3    express to the court his belief when it goes to the

4    argument on bad faith.

5              ATTORNEY VISHNY:  Let me try a few more

6    questions, maybe I can handle this without the

7    impeachment material.

8  Q  (BY ATTORNEY VISHNY)  Let's talk first about Ryan.

9    We're going to talk about each one specifically.

10   Okay?

11 A  Yes.

12 Q  Focusing on Ryan, what did Ryan tell you the shooter

13   wore in that interview?

14 A  He -- he did describe the person coming from which

15   directions and a description of the clothing, and

16   you're asking me to describe specifically what color

17   in terms of -- I can't -- I don't have --

18 Q  Because you don't remember, right?

19 A  Correct.

20 Q  And you can't refer to any notes because you've

21   destroyed the reports?

22 A  It was decided not to retain, yes.

23 Q  And you didn't show him any photographs at the time

24   at that interview, or did you?

25 A  I don't recall showing photograph to him.

34

Case 2:22-cv-00620-WCG   Filed 11/11/22   Page 34 of 52   Document 26-15
Case 2:22-cv-00620-WCG   Filed 11/20/23   Page 6 of 16   Document 42-1
331-34

```
 1   Q   Paul Lee was a suspect at that time, the main suspect

 2       of the Appleton Police Department investigation,

 3       correct?

 4   A   I'm telling you in my mind --

 5   Q   I'm not asking about your mind, I'm asking about what

 6       the suspect was that the team was working to develop,

 7       it was Paul Lee, wasn't it?

 8   A   No.  At the time it was not in my mind that Paul Lee

 9       was the suspect.

10   Q   It was in your mind that somebody else was?

11   A   No.  It's an open investigation to determine who have

12       done the shooting.

13   Q   When Ryan Lee told you he was afraid of people in the

14       Lee family, he didn't even mention Chong Lee's name

15       during that interview on December 10th or 11th,

16       whichever day it occurred, he didn't even mention

17       Chong Lee's name to you.

18   A   Right.  His name is Ryan Thao.  He did not.

19   Q   Excuse me.  He did not mention Chong Lee, we're

20       absolutely clear about that, correct?

21   A   No, he did not mention.

22   Q   The person he mentioned being afraid of was Paul

23       Lee?

24   A   I don't recall he mentioned Paul Lee, but he

25       expressed concern about the brothers, the family,
```

35

Case 2:22-cv-00620-WCG   Filed 11/11/22   Page 35 of 52   Document 26-15
Case 2:22-cv-00620-WCG     Filed 11/20/23     Page 7 of 16     Document 42-1
331-35

```
 1          because he's familiar with them.

 2    Q     He told you he knew Paul Lee, right?  That's who he

 3          was familiar with, right?

 4    A     I recall -- believe that, but the person that we

 5          actually have a better relationship or knowledge or

 6          interaction was Mikey Thao, that he --

 7    Q     I'm asking you about Ryan.  We're sticking to Ryan.

 8          Okay?

 9    A     I don't recall him saying Paul Lee that he knew, I

10          don't recall that.

11    Q     Okay.  So if he talked about the Lee brothers,

12          though, we are 100 percent positive the name Chong

13          Lee never came up, correct?

14    A     From Ryan Thao, no.

15    Q     No.  And he didn't even know Chong Lee, you found out

16          later when you reinterviewed him, right?

17    A     Correct.

18    Q     So now that we established the name Chong Lee was in

19          no way involved in the Ryan Thao discussion, let's

20          talk about Mikey Thao.  Mikey Thao also did not

21          mention Chong Lee as somebody he was specifically

22          afraid of, correct?

23    A     Not names but just association with brothers.

24    Q     Did he name specifically any specific brothers?

25    A     That he's aware of all of them.
```

36

Case 2:22-cv-00620-WCG   Filed 11/11/22   Page 36 of 52   Document 26-15
Case 2:22-cv-00620-WCG   Filed 11/20/23   Page 8 of 16   Document 42-1
331-36

```
1    Q   Did he name names?

2    A   I didn't -- I don't recall exactly names, but he

3        mentioned that he's familiar with Paul Lee.

4    Q   Okay.  Did he tell you what his description of the

5        shooter's clothing was?

6    A   Yeah, he did provide a description.

7    Q   What did he tell you it was at the time?

8    A   Again, I don't recall, but it was more of a jacket

9        and some type of two-tone color or different color,

10       and I can't give you precisely the color that he

11       described.

12   Q   And of course you can't remember because you didn't

13       write it down.

14   A   It was decided not to retain, yes.

15   Q   And you didn't retain the tapes, right?

16   A   Right.

17   Q   And clearly this was the most important thing of this

18       investigation was to get a description of who did the

19       shooting when you're talking to these witnesses a few

20       days before it -- after it occurred, excuse me.

21   A   Taking into consideration the express for their

22       safety, we decided not to retain the tape.

23   Q   I didn't ask you that.  What I asked you was, clearly

24       the focus of the investigation, whether it's two,

25       three, four days after this shooting, is to find out
```

37

Case 2:22-cv-00620-WCG   Filed 11/11/22   Page 37 of 52   Document 26-15
Case 2:22-cv-00620-WCG   Filed 11/20/23   Page 9 of 16   Document 42-1
331-37

```
1          who did it, right?

2     A    Correct.

3     Q    A description would be a crucial thing to find out,

4          correct?

5     A    Correct.

6     Q    Clothing would be a crucial thing, right?

7     A    Yes.

8     Q    Height and weight would be a crucial thing, right?

9     A    Correct.

10    Q    Showing photos could be a crucial thing, correct?

11    A    Yes.

12    Q    And you didn't show him any photographs either during

13         that?

14    A    I don't recall showing photo.

15    Q    Okay.  And he didn't specifically ever mention Chong

16         Lee as somebody he was afraid of?

17    A    Again, I did not give names other than have been

18         expressed concern, so the answer to your question

19         would be no.

20    Q    All right.  Watou Lee.  He didn't know Chong Lee

21         either, right?

22    A    No, he did not.

23    Q    Chong Lee's name never came up in the interview,

24         correct?

25    A    Yes.
```

38

Case 2:22-cv-00620-WCG   Filed 11/11/22   Page 38 of 52   Document 26-15
Case 2:22-cv-00620-WCG   Filed 11/20/23   Page 10 of 16   Document 42-1
331-38

| 1 | Q | Did you ask him for a description of what the shooter |
| 2 | | wore? |
| 3 | A | Yes. |
| 4 | Q | Height and weight? |
| 5 | A | Yes. |
| 6 | Q | You destroyed the tapes, right? |
| 7 | A | Correct. |
| 8 | Q | You knew at the time what other witnesses had told |
| 9 | | the police in terms of descriptions of the shooter, |
| 10 | | right? |
| 11 | A | Yes. |
| 12 | Q | In fact one of the most crucial witnesses was Daniel |
| 13 | | Kersten who was the bouncer.  You weren't aware of |
| 14 | | any of his statements? |
| 15 | A | No. |
| 16 | Q | Or any of the other witness statements as to what the |
| 17 | | shooter wore? |
| 18 | A | No. |
| 19 | Q | You were just aware that the police believed that |
| 20 | | Paul Lee had a gun in his hand as he was fleeing |
| 21 | | Luna? |
| 22 | A | It was expressed to me in that fashion, that he may |
| 23 | | have something in his hand similar to a gun. |
| 24 | Q | And when Watou Lee said he was afraid of people in |
| 25 | | the Lee family, did he specifically mention Paul |

39

Case 2:22-cv-00620-WCG   Filed 11/11/22   Page 39 of 52   Document 26-15
Case 2:22-cv-00620-WCG   Filed 11/20/23   Page 11 of 16   Document 42-1
331-39

```
 1      Lee's name?

 2   A  Watou, he did not know the brothers.

 3   Q  Then how could he have said he was afraid of the Lee

 4      brothers if he didn't know them?

 5   A  Just through his socialization with Mikey Thao and

 6      with Ryan Thao and the fact that he's aware of the

 7      gang or the association with friends in that group.

 8   Q  Now, you said that you're aware of prior violent acts

 9      by what I characterize as the Lee brothers, correct?

10   A  Yes.

11   Q  Actually, the prior violent acts you were aware of

12      were those of Paul Lee.

13   A  No, his other brothers too.

14   Q  But it wasn't Chong Lee.

15   A  Not -- he was a victim of a shooting.

16   Q  Chong, yes, well, being a victim is not considered to

17      be a violent act by the Appleton Police Department,

18      is it?

19   A  Depending on what circumstance that caused it, but to

20      answer your question, I would say no.

21   Q  Okay.  So aside from Chong Lee being a victim, you

22      weren't aware of him being involved in any other

23      incidents that were violent that you're describing

24      when you say that you were certainly aware these were

25      legitimate concerns, correct?
```

40

Case 2:22-cv-00620-WCG   Filed 11/11/22   Page 40 of 52   Document 26-15
Case 2:22-cv-00620-WCG    Filed 11/20/23    Page 12 of 16    Document 42-1
331-40

```
 1   Q   He was physically located in a spot that was much

 2       closer to the shooting, possibly, than Alyson Blom,

 3       so it was decided that it was worth protecting him

 4       but not Alyson Blom because of who had walked into

 5       the bar at the same time?  Is that what you're

 6       saying?

 7   A   I'm saying that my recollection is Alyson was with

 8       the -- this group of people during the course of the

 9       evening, and not just, essentially, a bystander there

10       in the lobby prior to the shooting, and I think we

11       may have looked or viewed her just a little bit

12       differently because she had more information in terms

13       of the entire evening.

14   Q   You mean in terms of who was where before walking

15       into the Luna bar?

16   A   Everything that happened that night.  And just, I

17       think, a closer affiliation with Mr. Lee.

18   Q   You were aware that -- and the police had in fact

19       recorded a phone call between a lady named Delinda,

20       D-E-L-I-N-D-A, Guzman, G-U-Z-M-A-N, and Alyson Blom

21       where Alyson Blom had clearly stated, not knowing

22       that she was being recorded, that she had not seen

23       the shooting, didn't know who did it, and that she

24       expressed in one way or another some fear about

25       getting involved.  Correct?
```

19

EX-B-2

Case 2:22-cv-00620-WCG   Filed 11/11/22   Page 19 of 62   Document 26-13
Case 2:22-cv-00620-WCG   Filed 11/20/23   Page 13 of 16   Document 42-1
329-19

```
 1   A   I don't remember that specifically, but if I'm not

 2       mistaken, I believe Alyson Blom -- and I haven't

 3       reviewed the report so I hope I'm not misspoken here,

 4       but I believe that she had some communication even

 5       that night after the shooting with Chong Lee's

 6       brother Hu Lee over in Little Chute or, actually, I

 7       think he was at work, but had some communication with

 8       either Hu or Hu's wife following the shooting.

 9   Q   Correct.  But even though you knew from a recorded

10       conversation that she had not seen the shooting and

11       didn't know who the shooting (sic) was, she was

12       interviewed and in fact threatened possibly with the

13       loss of her job if she didn't say who was involved in

14       this case, right?

15   A   I don't recall her being threatened.  I don't recall

16       that being a loss of her job.  But again, I guess my

17       point just being that I think that her interaction

18       with this group of guys, including Mr. Chong Lee, was

19       much, much larger than the other guys that were just

20       standing in the lobby that night.  In fact, I

21       remember at least two of those guys, I think, that

22       were in the lobby that night that you had mentioned

23       here talking about being concerned about Chong and

24       these others showing up there and not even wanting to

25       be there at the time because they were not affiliated
```

EX-B-2

Case 2:22-cv-00620-WCG   Filed 11/11/22   Page 20 of 62   Document 26-13
Case 2:22-cv-00620-WCG   Filed 11/20/23   Page 14 of 16   Document 42-1
329-20

```
 1              with that gang.  And they were concerned for their

 2              safety, I guess, to some degree even at that point

 3              when they were just in the lobby of the -- of the

 4              Luna Lounge, as opposed to Alyson, for example, who

 5              was with them this entire time and follows through

 6              with going and talking to Hu Lee's wife and so

 7              forth.

 8     Q        Okay.  So, essentially, I understand your

 9              explanation, but ultimately the Appleton Police

10              Department decided to pick and choose which witnesses

11              were and were not going to be disclosed to the

12              District Attorney, correct?

13     A        I guess I can -- to some degree that was the case

14              here, but these were the only people that I'm aware

15              of that weren't -- that were spoken to that were not

16              put in report form.

17     Q        I see.  Were you aware that Watou Lee did not

18              identify Chong Lee as the shooter and that this might

19              perhaps be information that's exculpatory and

20              therefore there was going to be a duty on the part of

21              the State to turn that over to the defense?

22     A        I don't recall that specifically.

23     Q        Were you aware that Mikey Thao said that he could not

24              identify Chong Lee as being the shooter and

25              therefore, as close as he was, that this was
```

21

Case 2:22-cv-00620-WCG   Filed 11/11/22   Page 21 of 62   Document 26-13
Case 2:22-cv-00620-WCG   Filed 11/20/23   Page 15 of 16   Document 42-1
329-21

```
 1       exculpatory and there could be a duty to turn this

 2       over to the defense?

 3  A    I don't recall that.

 4  Q    Were you aware that Ryan Thao didn't even know who

 5       Chong Lee was and gave description that might match

 6       another individual and therefore the State would have

 7       a duty to disclose this to the defense because it was

 8       exculpatory?

 9  A    I am not aware of that.

10  Q    Now you also participated with some interviews of

11       individuals in Milwaukee after Chong Lee's arrest,

12       correct?

13  A    Yes.

14  Q    Did you participate in the interview of Kong Vang,

15       nicknamed Jesus, who worked at the Thai Kitchen?

16  A    Yes.  I remember going to a restaurant there.

17  Q    Okay.  And that was a short interview and it was

18       recorded, correct?

19  A    I believe so.

20  Q    Okay.  Did you participate in the interview of Xai --

21       Xai, excuse me, X-A-I, Thao who also had some

22       valuable information to give, correct?

23  A    I don't remember her specifically.  Can you tell me

24       where we interviewed her?

25  Q    It's a male.
```

Case 2:22-cv-00620-WCG   Filed 11/11/22   Page 22 of 62   Document 26-13
Case 2:22-cv-00620-WCG   Filed 11/20/23   Page 16 of 16   Document 42-1
329-22