July 16, 2024

RE: Case No. 22-cv-620    State v. Hepp

To Clerk of Courts:

I am writing to get a status update or to set a status conference with Judge William C. Griesbach. It has been eight months since I have turned in my last and final brief before the Judge makes his decision. I am making sure he has not forgotten my case.

Thank you for your time and consideration.

Signed By:

Chong Leng Lee #489266
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963