# INTERVIEW/INFORMATION REQUEST
*SOLICITUD PARA INFORMACION / ENTREVISTA*

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

WISCONSIN

RECEIVED JUL 17 2024 By

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
*Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.*

| OFFENDER NAME | DOC NUMBER | LIVING UNIT |
|---|---|---|
| Chong Lee | 439266 | SCH E-16 |

| DATE | WORK ASSIGNMENT |
|---|---|
| 7/16/24 | Metal Stamp / Un Assign |

☐ Interview *Entrevista*   ☐ Information *Informacion*

**STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED**

Could you please E-file this to the Eastern District Case No. 22-CV-620 State v. Hepp.

Thank You.

---

(Do Not Write Below This Line)
**DISPOSITION OF REQUEST**

☐ You Will Be Interviewed
☐ Information to Follow
☐ Request Referred To:

Date: _____   Time: _____

Information/Comment:

Signed _____   Department _____