# United States District Court
EASTERN DISTRICT OF WISCONSIN

CHONG L. LEE,

        Petitioner,

  v.

BRAD MLODZIK,

        Respondent.

**JUDGMENT IN A CIVIL CASE**
Case No. 22-C-620

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that Chong Lee's petition for writ of habeas corpus is DENIED and the case is DISMISSED. A certificate of appealability will be GRANTED as to the issue of whether the destruction of evidence violated Chong Lee's right to due process, as reasonable jurists could conclude that Lee has made a substantial showing of the denial of a constitutional right.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: September 6, 2024

GINA M. COLLETTI
Clerk of Court

s/ Mara A. VandenHeuvel
(By) Deputy Clerk