UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

CHONG LENG LEE,

    Petitioner,

                                        NOTICE OF APPEAL

v.

                                        Case No.: 22-CV-620

BRAD MLODZIK,

    Respondent.

---

Notice is given that Chong Leng Lee, the Petitioner, prose, appeals to the United States Court of Appeals for the Seventh Circuit, from an order given by the Honorable William C. Griesbach of the Eastern District of Wisconsin entered this action on September 6, 2024.

Dated and signed this 18th day of September, 2024.

Waupun, Wisconsin.

_____

CHONG LENG LEE #439266

P.O. Box 351

Waupun, WI 53963