DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

WISCONSIN

RECEIVED SEP 0 2 2024
RECEIVED SEP 0 2 2024
SEP 2 0 2024

# INTERVIEW/INFORMATION REQUEST
## SOLICITUD PARA INFORMACION / ENTREVISTA

*Instruction to Inmate:* Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
*Instrucciones para Reclusos:* No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.

| OFFENDER NAME / NOMBRE DEL/LA OFENSOR(A): Chong Lee | DOC NUMBER / NUMERO DEL/LA OFENSOR(A): 439266 | LIVING UNIT / UNIDAD DE VIVIENDA: SCH G-50 |
|---|---|---|
| DATE / FECHA: 9/19/24 | WORK ASSIGNMENT / ASIGNACION DE TRABAJO: SCHOOL | |

☑ Interview *Entrevista*   ☐ Information *Informacion*

**STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED**
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

Please e-file this to the Eastern District of Wisconsin-

Court Case No. 22-cv-620 Appeal

Lee v. Mlodzik

Thank You!

---

**(Do Not Write Below This Line)** *(No Escriba Debajo Esta Linea)*
**DISPOSITION OF REQUEST** *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed / *Usted sera entrevistado*
☐ Information to Follow / *Informacion Sera Proveida*
☐ Request Referred To: / *Solicitud Refereida A:* _____

Date / Fecha: _____   Time / Hora: _____

Information/Comment: *Informacion/Comentario:* _____

Signed *Firmado* _____   Department *Departamento* _____