UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

CHONG LENG LEE

    Petitioner,

v.                                                                             DOCKETING STATEMENT

                                                                             Case No.: 22-CV-620

BRAD MLODZIK,

    Respondent.

---

I. JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction as a civil action arising under the laws of the United States pursuant to 28 U.S.C. § 2254.

II. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final decision of the U.S. District Court for the Eastern District of Wisconsin entered on September 6, 2024, by the Honorable William C. Griesbach.

The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291.

The Notice of Appeal was filed with the District Court along with this Docketing Statement and an affidavit to proceed informa pauperis on September 18, 2024.

Dated at Waupun, Wisconsin, this day of 18th day of September, 2024.

*[signature]*

CHONG LENG LEE #439266

P.O. BOX 351

Waupun, WI 53963