# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

GINA M. COLLETI
CLERK

**Milwaukee Division**  
517 E. Wisconsin Avenue, Room 362  
Milwaukee, WI 53202  
TEL: 414-297-3372

**Green Bay Division**  
125 S. Jefferson Street, Room 102  
Green Bay, WI 54301  
TEL: 920-884-3720

September 20, 2024

Chong L. Lee  #439266  
Waupun Correctional Institution  
PO Box 351  
Waupun, WI 53963-0351

    Re:    **Lee v. Mlodzik**  
              USDC Case No.:  22-C-620

Dear Mr. Lee:

    Your Notice of Appeal to the U.S. Court of Appeals for the Seventh Circuit was filed on September 20, 2024. The District Court will ensure that the record is complete and made available electronically to the Court of Appeals within 14 days of filing the notice of appeal. Any confidential record or exhibit that is not available electronically will be prepared and held by the District Court until requested by the Court of Appeals. You must review the enclosed docket sheet within 21 days of filing the notice of appeal to ensure that the record is complete.

    <u>If hearings were held in this case</u> a Transcript Request Form and the Seventh Circuit Transcript Information Sheet are enclosed with this letter. If a transcript of a hearing is necessary for this appeal, please complete and return both forms to the U.S. District Court. <u>If no hearings were held</u>, please complete and return the Seventh Circuit Transcript Information Sheet directly to the U.S. Court of Appeals for the Seventh Circuit.

    Motions to correct or modify, supplement, or strike a pleading from the record must first be filed with the District Court. The District Court's ruling on the motion will become part of the record and notice of the decision will be sent to the Court of Appeals.

                                    Very truly yours,

                                    GINA M. COLLETTI  
                                    Clerk of Court

                                    By: s/ Kyle W. Frederickson  
                                    Deputy Clerk