# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

September 20, 2024

**To:** Gina M. Colletti
     Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 24-2647

Caption:
CHONG L. LEE,
         Petitioner - Appellant

v.

BRADLEY MLODZIK,
         Respondent - Appellee

District Court No: 2:22-cv-00620-WCG
District Judge William C. Griesbach
Clerk/Agency Rep Gina M. Colletti

Date NOA filed in District Court: 09/20/2024

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)